# In the United States Court of Federal Claims

| | |
|---|---|
| CALVIN EARL SUGGS, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES, )<br>)<br>Defendant. )<br>) | No. 18-1556C<br><br>Filed November 26, 2018 |

## DISMISSAL ORDER

Plaintiff, *pro se*, Calvin Earl Suggs, Jr., commenced this action on October 1, 2018, without paying the Court's $400.00 filing fee (docket entry no. 1). On October 18, 2018, the Court issued an Order instructing plaintiff to pay the Court's filing fee on or before November 19, 2018, and advising plaintiff that, should he fail to pay the filing fee by November 19, 2018, the Court would treat such failure as a failure to comply with a court order and to prosecute this matter, pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims ("RCFC") (docket entry no. 4). Plaintiff has not paid the Court's filing fee.

And so, in light of the foregoing, the Court:

1. **DISMISSES** the complaint, without prejudice, pursuant to RCFC 41(b); and

2. Directs the Clerk's Office to **ENTER** final judgment consistent with this Order.

No costs.

**IT IS SO ORDERED.**

_____
LYDIA KAY GRIGGSBY
Judge